IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOULANDA MILLER, | |
| Plaintiff, | No. C 04-04168 JSW |
| v. | |
| SUMMIT ALTA BATES HUMAN RESOURCES DEPARTMENT and JIM DeANGELES, | **ORDER DISMISSING ACTION** |
| Defendants. | |

On April 21, 2006, the Court dismissed Plaintiff Youlanda Miller's complaint against Summit Alta Bates without prejudice for failure to prosecute. In the order dismissing the complaint against Summit Alta Bates, the Court noted that it was unclear whether Ms. Miller intended to bring her complaint against any other defendants and if so, what claim or claims she intended to assert against them. Accordingly, the Court directly Ms. Miller to file an amended complaint by no later than May 22, 2006, if she intended to pursue any claims in this matter against any of individuals or entities other than Summit Alta Bates. The Court advised Ms. Miller that her failure to file timely an amended complaint shall result in dismissal of this action without prejudice. To date, Ms. Miller has not filed an amended complaint.

On April 24, 2006, mail sent from the Court to Ms. Miller was returned as undeliverable. Ms. Miller has not filed any notice of change of address. Civil Local Rule 3-11(a) requires that "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." Civil Local Rule 3-11(b) authorizes the Court to dismiss

1 a complaint without prejudice when "(1) Mail directed to the ... *pro se* party by the Court has
2 been
3 returned as not deliverable; and (2) The Court fails to receive within 60 days of this return a
4 written communication from the ... *pro se* party indicating a current address."  More than sixty
5 days have passed since mail sent to Ms. Miller by the Court has been returned as undeliverable,
6 and Ms. Miller has failed to inform the Court of her current address.  Therefore, pursuant to
7 Local Civil Rule 3-11(b), the Court HEREBY DISMISSES this action without prejudice.
8     **IT IS SO ORDERED.**

10 Dated: June 26, 2006

11 JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2